# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER BRANCH,

    Petitioner,

vs.                                                     No. CIV 17-761-MV-GBW

STATE OF NEW MEXICO, et al.,

    Respondents.

## MEMORANDUM OPINION AND ORDER
## ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD") (*doc. 13*), recommending that the Court deny Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (*doc. 4*) and dismiss all claims with prejudice.

This case was referred to the Magistrate Judge to conduct hearings and perform legal analysis pursuant to 28 U.S.C. § 636(b)(1)(B), (b)(3) and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990). *See doc. 12*. The Magistrate Judge filed his PFRD recommending dismissal on June 4, 2019. *Doc. 13*. Neither Petitioner nor Respondents filed objections to the Magistrate Judge's PFRD within the allotted time. Appellate review of these issues is therefore waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

Failure to object to the PFRD also waives the right to *de novo* review by the district court. *See id*. at 1060; *Thomas v. Arn*, 474 U.S. 140, 149–150 (1985). Nevertheless, the Court elected to conduct a *de novo* review of the Magistrate Judge's findings in this case. *See One Parcel*, 73

F.3d at 1061. The Court hereby concurs with all of the factual and legal conclusions recited therein.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 13*) are ADOPTED. Petitioner's application for writ of habeas corpus (*doc. 4*) is DENIED, and this case is DISMISSED WITH PREJUDICE.

_____
**MARTHA VAZQUEZ**
**UNITED STATES DISTRICT JUDGE**